IN THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

MARCUS HOLLAND,
PLAINTIFF,

CASE NO.

VS.

KEITH ANGLIN, WARDEN OF DANVILLE CORR. CENTER,
MARY MILLER HEALTH AND SAFETY OFFICER, OF
DANVILLE CORR. CENTER, C/O R. DEPRATT YARD
OFFICER DURING THE INCIDENT,
DEFENDANTS,

## COMPLAINT

Now Comes Plaintiff MARCUS HOLLAND Pro-se inmate and hereby moves this court to bring this suit under the 42 U.S.C. § 1983, and 28 U.S.C § 1331. In Support of this Complaint Mr. Holland states as follows:

1. Mr. Marcus Holland files this complaint on Jan 28, 2013 against Keith Anglin the warden of Danville Corr. Center, and Mary Miller the health and safety Officer of Danville Corr. Center, Also Mr. Holland brings this suit against C/O R. Depratt the yard Officer during the event of the entire serious injury of contracting Histoplasmosis at Danville CORR. CENTER.

2. Mr. Marcus Holland is a prisoner of Danville Correctional Center located at 3820 East Main Street Danville, illinois 61834.

3. Mr. Marcus Holland has another suit in the Northern District U.S. Federal Court which deals with the excessive force of A.P.O

4. Mr. Holland has brought another suit in the U.S. Northern District Court against the Defendants Ofc. Theodore Grommes, Ofc. Ronald Miller, Ofc. Brian Hester, and Ofc. Karen Hill, Sgt. Danny Donka, Also Booking Ofc. John Doe, and Ocf. Jane Doe, all under the case No. 12 CV 2584-ZAG-VAL, All Defendants are Officer's of the Aurora Police Department.

## JURISDICTION AND VENUE[

5. Plaintiff Holland brings this action Pursuant to 42 U.S.C.§ 1983 to remedy the violation of his rights under the Eighth amendment to the United States Constitution as applied to the state under fourteenth amendment. Accordingly this Court has jurisdiction

to review these matters Pursuant, to 28 U.S.C.§§ 1331 and 1343(a)(3) The Plaintiff seeks damages, as well as attorneys' fees and cost pursuant to 42 U.S.C. § 1988.

6. Venue is proper in this Court Pursuant to 28 U.S.C. § 1391(b)(1) and (2).

## PARTIES

7. Mr. Marcus Holland is a citizen of the State of Illinois and at all times relevant to this matter, The illinois Department of Corrections Incarcerated Mr. Holland at Danville Corr. Center, which is located within this judicial district.

8. At all times relevant, KEITH ANGLIN, is the warden of Danville Corr. Center. He's being sued in his Individual and Official capacity.

9. At all times relevant, MARY MILLER, is the health and safety officer of Danville Corr. Center. She's being sued in her Individual and official Capacity.

10. At all times relevant C/O R. DePRATT was the yard officer during the time of the incident within this complaint. He's being sued in his individual and official capacity.

## EXHAUSTION OF ADMINISTRATIVE REMEDIES

11. There is a grievance procedure within Danville Corr. Center, and the Plaintiff Marcus Holland has Filed a grievance dealing with the issue within his complaint and he has exhausted all of his administrative remedies.

## STATEMENT OF FACTS

On September 6, 2012 Mr. Marcus Holland ID#K-70404 of Danville Corr. Center gave notice to all none and Medical officials of Danville Corrections Center the notice of the failure to protect his health and safety. While in the custody of I.D.O.C. On 8-2-12 Mr. Marcus Holland was carried out on a strecher, because of a serious chest pains to his left arm and shoulder wheres the two were numb. Thereafter Mr. Holland was given a E.K.G. and 3. Pills by Nurse Steve White who made the ruling of the pain was from Gas. After six days the pain remain in the very same area until Mr. Holland had to sign up for Nurse sick call again due to how terrible he was feeling, and Mr. Holland did not have

any energy nor could he eat. Mr. Holland was tired and remains in pain within his chest until he had to take deep breath. Also Mr. Holland was given another E.K.G, and was seen by the nurse, and Dr. Paul A. Talbot. Thereafter three days later on 8-10-12 Mr. Holland was given a x-ray which means that there were more than gas as the nurse has stated. Mr. Holland was given a H.I.V test, and several tubes of blood were drawn, and Mr. Holland was sent to the outside Hospital in Urbana, Ill for a upper CAT Scan. The Cat Scan was rule out as to "acute left lung disease" with mass in the left lung which measured as to 3.3x 1.9 cm diameter. The H.I.V test was negitive, and Mr. Holland was given two type of pills to take for the "Bird Disease" Histoplasmosis. On 8-15-12 there was a check up wheres Mr. Holland had blood drawn again, and there remains tenderness in his chest and constantly losing weight.

    The Doctor Paul Talbot who ask Mr. Holland numerous of questions, because Mr. Holland wanted to know how he caught this disease, and the Doctor Paul Talbot said something about "Histoplasmosis" wheres after doing some research of his own Mr. Holland found out that "Histoplamosis" comes from geese dropping on the yard.

    Mr. Holland has given notices to Keith Anglin, and Mary Miller and C/O R. DePratt at the time assign yard officer, and victor calloway the program warden all who are in charge of safety and sanitation of the entire Danville Corr. Center, and Mary Miller who is the Health and Safety officer of Danville and the administrator of Danville Corr. Center Health care unit. Mr. Holland has also gave the defendants notice of the Chief Judge McCuskey order within the Bruce thurman order of 2009 that he is the Chairman of the Wildlife Bird Control who has given the order of Keith Anglin to place sign traps or some type of control of these geese and birds over the entire Danville Corr. Center grounds., Also to post sign of the fecal matter on the grounds, and also to have some type of pan place wheres exiting the yard the inmate's could clean their shoes off., which should have some type of disinfectant within this pan so the fecal matter would not cause these type of Illness, but the officials has ignored these order's which only display their deliberate indiference act's.

  C/O R.DePratt has made several statement to yard worker's inmate as I have witness C/O DePratt has stated to Inmate Cory once Inmate Cory has requested Brooms and Disinfectant to clean the geeses dropping up off of the yard C/O R.DePratt has stated "That if inmates don't like how He C/O R.DePratt run's the yard then they should not come to the yard if they don't want to walk in geese droppings. Inmate Cory has brought this to the attention of Victor Calloway,and Inmate Cory has filed grievances about how C/O R.Depratt refuse to give out cleaning supplies to clean the yard as well as to firing inmate cory behind standing up to him about how the yard was being ran.

  C/O R.Depratt has placed my health and safety in danger by his refuseal to provided cleaning supplies before inmates are allowed on the yard which has force inmate to walk through geeses droppings. Also C/O R.DePratt is the union president of the officers and he knows the law and the violation of health and safety who knew that there was an issue with allowing inmates on the yard without having his yard worker clean the dropping up before allowing inmates on the yard,but C/O R.DePratt has allowed inmates Health and safety to be placed indanger while under his assign post(Danville C.C. Yard).

  Warden Keith Anglin has had notices of these geese dropping causing health and safety violations,but has deliberately stood by and allowed inmates health to be placed indanger while having these notices.There were notices given to Keith Anglin during 2009 through 2012,and there remains no sign,no trapping of these geese nor no pan placed on the yard once leaving the yard to clean inmates shoes,.Also there isn't any type of control of these geese fecal matter on the grounds of Danville Corr.Center.

  I have filed the grievance attached and there remains no care whatsoever about inmates contracting this disease Histoplasmosis,and warden Keith Anglin has this notice and he has ignored these facts,and Defendant Anglin has allowed inmates health to be placed in danger under his watch. This disease isn't a simple disease this disease can kill a human being while the defendants are acting as if this isn't a serious problem within Danville Corr.Center,and Defendant which are named within this complaint

being held liable for the injuries which has happen to my Body while in the care of Danville Corr.Center.

Defendant Mary Miller is the Health and safety officer of Danville Corr.Center who has being given notice through this grievance and other notices of other inmates contracting this disease of Histoplasmosis due to Mary Miller is also the Health Care administrator of Danville Corr.Center.Defendant Mary Miller has seen the yard and she has also failed to have the proper sign's posted and the proper cleaning supplies placed at the exiting of the yard or given to the yard worker which would kill some of the germs which the geeses are causing through the entire Danville Corr. Center. Defendant Mary Miller job is to inspect the entire Danville Corr.Center and give her report of what need to be fix or what need to be done in order to correct situation which accure which violates health and safety issues.Defendant Mary Miller has failed to inspect the yard through-out her inspection due to none of her reports never say anything about the yard and the geeses dropping even though she has two responsibility of health and safety issues Mary Miller has ignored the serious issue of health and safety which has placed my health and safety in danger while Mary Miller has deliberately stood by and allowed the issue of Histoplasmosis to occure to my health and safety which demonstrates her action of deliberate indifference.

Defendant Victor Calloway has had notices of C/O R. Depratt's action of not allowing inmates to clean the yard while he was the assign C/O of the Danville Corr.Center yard during the incident of Mr.Holland which has lead up to Mr.Holland contracting this disease of Hisoplasmosis.There has been grievances filed against C/O DePratt and the plaintiff has filed his own grievance bring to the attention Victor Calloway about the issue of geeses dropping on the yard as well as to the issue of dealing with the assign C/O of the Danville Corr. Center yard wheres the issue deals with the seriousness of serious medical illness if the situation of filthy geese dropping all over the yard grounds are not clean up,and all named defendant has their part within the issue of health and safety.,But all named defendants has ignored their job responsibilty which has denied me to have my health

-5-

and safety protected while under their custodial care.

Plaintiff Holland has suffered a serious health illness of Histoplasmosis and he continue's to suffer due to the named defendants action of Deliberate indifference,Malicious intention as well as to reckless disregards to protect his health and safety and the plaintiff will need a specialist upon his release due to there remains a mass within his lung.All named defendant has acted under the color of state and Federal law which they have violated.

Mr.Holland incorporates by reference paragraph, 1 thr 21 above. On information and belief, On September 6,2012,the Defendants has knowledge of(1) Mr.Holland severe and obvious Histoplasmosis disease;(2) That there is a major problem with geese dropping on the grounds of the Danville C.C.:and(3) The Defendant knew that there has been several other Illness of the disease Histoplasmosis,and there has been court illness cases filed about the same Histoplasmosis,and all named defendant has had the full knowledge of the issue of dealing with the problem of these geese dropping on the grounds of Danville Corr.Center.

Despite these knowledges,the defendants disregarded Mr.Holland health and safety,and deliberately stood by and allowed the serious illness of Histoplasmosis to occure to Mr.Holland's Health and safety.There remains issues of contracting this disease of Histoplasmosis which demonstrates that the Defendant failure to correct this serious ilness is reasonable and appropriate as to. while the defendant were acting under the color of state and federl law shows their action as inexcusable,grossly negligent, reckless,callous and exhibits deliberate indifference to Mr.Holland health and safety.

## RELIEF REQUESTED

WHEREFORE,The Plaintiff request a prelimnary injunction requiring the state of Illinois to have the defendants to have something done about the geese dropping on the grounds of Danville C.C ,and award him compensated and punitive damages and any award the Court deems,and to award fees and cost of this action.

JURY TRIAL DEMANDED:
yes

RESPECTFULLY SUBMITTED
/s/ Marcus T. Holland

Declaration under penalty of perjury of Corey Buchanan ID# B-52518, and I Am, being competent to make this declaration, and having personal knowledge of the matter stated therein, declares pursuant to 28 U.S.C. § 1746:

1. On July 20, 2012 at 8:20 am I was a yard worker at Danville Corr. Center wheres C/O R.DePratt was the assign Correctional Officer of the yard for the next 90, days or more.

2. During the July 20, 2012 date I asked C/O R.DePratt could i get the work equipment out of the supply locker so we could clean the geese feces off of the ground wheres the inmates has to walk through, and C/O R.DePratt refused to open the locker for us to retrieve the equipment.

3. I next replied to C/O R.DePratt "That it was unsanitary for inmates to walk through the geese feces and track it back into the dayrooms and in their cells, and C/O R.DePratt response was "They(Inmates) should not come out here to the yard then, and C/O R.DePratt is the Union President and he knows the law and the health and safety violation.

4. I have forward this grievance to the eithic committee office at 100 w.Randolph chicago, Illinois 60604 due to the health and safety violation as well as to the Employee Rules of Conduct violation of Section 13 and 23.

5. I am willing to testify as to what my statement are within this declaration and as I have read this declaration everything contain within this declaration is true and correct to my best belief.

RESPECTFULLY SUBMITTED

/S/ *Corey Buchanan*

Declaration under penalty of perjury of Marcus T.Holland Marcus T. Holland, being competent to make this declaration, and having personal knowledge of the matter stated therein, declares pursuant to 28 U.S.C. § 1746:

1. On the date of september 6,2012, I was diagonose with the disease of Histoplasmosis due to the Danville Corr. Center yard being dirty and filthy with geese dropping all over the grounds.

2. I have received and read the grievance of inmate Corey Buchanan ID# B 52518 due to the correctional Officer R.DePratt not allowing him or any other yard workers to clean the yard before the inmate comes on the yard., Wheres C/O R.DePratt made the statement of" They(Inmate's) should not come out here to the yard then".

3. This incident took place on July 20,2012 at 8:20 am, and during 8-2-12 I was carried out on a strecher because of a serious chest pain and left arm and shoulder pain which were numb. I reported to the nurse Steve A. White that my arm and sholder was numb.

4. I have gave notice to the officials of Danville Corr.Center and I.D.O.C of the action of Warden Keith Anglin, and C/O R.DePratt which deal's with me contracting the diease Histoplasmosis due to their action and deliberate intentional act.

5. I have obtain a Declaration from Inmate Corey Buchanan which is attached to my original complaint which would verify that the grounds are filthy with the geese feces and the defendants are ignoring this serious health and safety violation which has happen to more than a few inmates which needs to be corrected.

6. I am still having serious problem with breathing due to there remains a mass with my lungs, and I have brought this to the attention of the Dr.Paul A.Talbot, here at Danville Corr.Center, and my release date is March of 2013.

7. Whereas, Everything within my complaint I have read it and everything within this declaration is true and correct to my best of belief as I have sign off as to being the truth.

RESPECTFULLY SUBMITTED
/S/ Marcus T. Holland

## CERTIFICATE OF SERVICE

I Mr. Marcus Holland Certify that I have placed the Complaint of the Danville Corr. Center Official denial to protect his health and safety into the hands of Kiley at the Danville Corr. Center to be E-filed on Jan 28 2013.

RESPECTFULLY SUBMITTED

/s/ Marcus T. Holland